UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60059-CIV-ZLOCH

FELIPE JIMENEZ TOLEDO,

       Plaintiff,

vs.

HOSPITALITY GROUP, INC.,
et al.,

       Defendants.

_____/

**ORDER FOR PRE-TRIAL
CONFERENCE**

    The above-styled cause is hereby set for Pre-Trial Conference on **June 14, 2019**, at **9:30 a.m.** at the United States Courthouse, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Broward County, Florida.  Pursuant to Local Rule 16.1(L) of this Court, **THE PARTIES SHALL ABIDE BY THE FOLLOWING TIME SCHEDULE UNDER PENALTY OF DISMISSAL OR OTHER SANCTION.**

TIME SCHEDULE

| | | |
|---|---|---|
| **BY NOON, SEVEN** days prior to P-T Conf. | - | Attorneys can request to appear at the P-T Conf. telephonically |
| **BY NOON, EIGHT** days prior to P-T Conf. | - | All Motions In Limine must be filed |
| **BY NOON, FOURTEEN** days prior to P-T Conf. | - | Pre-Trial Stipulation or Unilateral Pre-Trial Catalogues must be filed |
| **SEVENTEEN** days prior to P-T Conf. | - | Attorneys must comply with S.D. Fla. L.R. 16.1.D |
| **TWENTY** days prior to P-T Conf. | - | All Discovery must be completed |
| **SIXTY** days prior to P-T Conf. | - | All Motions for Summary Judgment and Motions for Judgment on the Pleadings must be filed |
| **SEVENTY** days prior to P-T Conf. | - | Resume of experts and their reports must be exchanged |
| **120** days prior to P-T Conf. | - | Cut-off date for filing Amendments to the Complaint |

**EXCEPT AS OTHERWISE MODIFIED HEREIN, THE PARTIES MUST COMPLY IN FULL WITH LOCAL RULE 16.1 OF THIS COURT.  THE PROVISIONS OF THIS ORDER SHALL SUPERSEDE ANY DEADLINES OR SCHEDULES AGREED UPON BY THE PARTIES.**

**TRIAL DATE:     PARTIES MUST BE READY FOR TRIAL AT ANY TIME AFTER THE PRE-TRIAL CONFERENCE. THERE WILL BE NO CALENDAR CALL.**

A PRE-TRIAL STIPULATION or UNILATERAL PRE-TRIAL CATALOGUES must be filed by **noon, May 31, 2019.**

**IF A PRE-TRIAL STIPULATION IS NOT FILED, THEN THE PARTIES MUST FILE UNILATERAL PRE-TRIAL CATALOGUES BY THE TIME PRESCRIBED ABOVE. UPON THE FAILURE OF PLAINTIFF TO FILE A UNILATERAL PRE-TRIAL CATALOGUE, THE COURT SHALL DISMISS THE CASE WITHOUT PREJUDICE.  IF A DEFENDANT FAILS TO FILE A UNILATERAL PRE-TRIAL CATALOGUE WITHIN THE TIME PRESCRIBED ABOVE, DEFENDANT WILL BE PRECLUDED FROM ENTERING ANY PHYSICAL OR DOCUMENTARY EVIDENCE AND MAY CALL NO WITNESSES OTHER THAN THE DEFENDANT, OR IF A DEFENDANT IS A CORPORATE PARTY, IT MAY CALL ONLY THE CORPORATE REPRESENTATIVE WITH THE MOST KNOWLEDGE OF THE CASE.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____22nd_____ day of June, 2018.

WILLIAM J. BLOCH
Sr. United States District Judge

Copies furnished:

All Counsel of Record