UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-60059

FELIPE JIMENEZ TOLEDO, and all others similarly situated under 29 U.S.C. 216(b),
      Plaintiffs,
vs.

AUTHENTIC HOSPITALITY GROUP INC., d/b/a I LOVE TACOS RESTAURANT, MONICA ANGULO,
      Defendants.
_____

## NOTICE OF MEDIATOR SELECTION

COMES NOW the Plaintiff, by and through the undersigned counsel, and Notices the Court of the Parties selection of Eunice T. Baros, Esq., as the mediator in this matter with mediation to take place on March 26, 2019, commencing at 10:00 a.m. at 11380 Prosperity Farms Road Suite 204, Palm Beach Gardens, FL 33410.

This notice is being filed based upon an agreement by all counsel and confirmation of mediator, Eunice T. Baros, Esq.

**NATALIE STAROSCHAK, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FL 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: NSTAR.ZIDELLPA@GMAIL.COM**
**F.B.N. 116745**
**BY:_____/s/ Natalie Staroschak_____**
**NATALIE STAROSCHAK, ESQ.**

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 6/29/18 TO:**

**ALL CM/ECF RECIPIENTS**

**CHARLES MERRILL EISS, ESQ.**
**ATTORNEY FOR DEFENDANTS**
**EISS MASSILLON, P.L.**
**7951 SW 6TH STREET**
**SUITE 308**
**PLANTATION, FL 33324**
**PH: 954-914-7890**
**FAX: 855-423-5298**
**EMAIL: CHUCK@EISSMASSILLON.COM**

BY:___/s/___Natalie Staroschak_____
**NATALIE STAROSCHAK, ESQ.**