UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  0:18-cv-60059-WJZ

FELIPE JIMINEZ TOLEDO,

    Plaintiff,

vs.

AUTHENTIC HOSPITALITY GROUP,
INC., and MONICA ANGULO

    Defendants.
    _____/

RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DATED SEPTEMBER 18, 2018

The Defendants, by and through their undersigned counsel, hereby fie their Response to Plaintiff's Motion to Compel Discovery (ECF 35) and would show:

1. Due to ethical considerations appurtenant to the Florida Bar and the pending Motion to Withdraw, the undersigned firm is presently unable to provide a substantive response to the Motion to Compel Discovery.

2. The undersigned firm notes that a Motion for Stay filed on behalf of Defendants until the Court rules upon the Motion to Withdraw is also pending.

3. Finally, the undersigned counsel notes that Plaintiff opposed the Motion to Withdraw rendering the Motion contested and likely contributing to the delay in the rendition of an Order.

4. The undersigned firm therefore requests the entry of a stay in the formal response to this Motion until such time as the Court has ruled upon the Motion to Withdraw.

5. There is no demonstrated harm to Plaintiff by the staying of this Motion. Trial is not set until at least June, 2019 and the discovery period does not end for approximately six (6) months.

WHEREFORE, the undersigned firm requests the entry of an Order staying the response to the Motion to Compel until such time as the Court has had the opportunity to rule upon the pending Motion to Withdraw, and granting such further relief as the Court deems appropriate.

Dated: October 1, 2018

          LAW OFFICES OF CHARLES EISS, P.L.
          Attorneys for Defendants
          7951 SW 6th Street, Suite 308
          Plantation, Florida 33324
          (954) 914-7890 (Telephone)
          (855) 423-5298 (Facsimile)

By:   /s/ Charles Eiss
      CHARLES M. EISS, Esq.
      Fla. Bar #612073
      Chuck@eissmassillon.com

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 1st day of October, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>s/ Charles Eiss</u><br>
CHARLES EISS, ESQ.

SERVICE LIST

United States District Court
Southern District of Florida
*Toledo v. Authentic Hospitality Group, Inc. and Angulo*
Case No.: 0:18-cv-60059-WJZ


Charles M. Eiss, Esq.
Florida Bar No. 612073
Email: chuck@eissmassillon.com
LAW OFFICES OF CHARLES EISS, P.L.
7951 SW 6th Street, Suite 308
Plantation, Florida 33324
Tel: (954) 914-7890
Fax: (855) 423-5298

Attorneys for Defendants


J.H. Zidell, Esq.
Fla. Bar No. 0010121
zabogado@aol.com
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Telephone 305-865-6766
Facsimile 305-865-7167

Attorneys for Plaintiffs